ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MARISSA HARRIS (NYBN 4763025)
Assistant United States Attorney

     150 Almaden Boulevard, Suite 900
     San Jose, California 95113
     Telephone: (408) 535-5061
     FAX: (408) 535-5066
     marissa.harris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 19-CR-00501 HSG |
|     Plaintiff, | ) NOTICE OF DISMISSAL; ORDER |
|   v. | ) |
| KAREN LAUBENTHAL, | ) |
|     Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses Counts One and Two of the above captioned Indictment against Karen Laubenthal. The defendant was convicted and sentenced on Count Three of the captioned Indictment on October 11, 2023 and the government now moves to dismiss Counts One and Two consistent with its promises in the defendant's Plea Agreement.

DATED:  October 23, 2023

                                      Respectfully submitted,

                                      ISMAIL J. RAMSEY
                                      United States Attorney

                                                /s/
                                      THOMAS A. COLTHURST
                                      Chief, Criminal Division

1      Leave is granted to the government to dismiss Counts One and Two of the Indictment against

2  Karen Laubenthal.

3

4

Date: _____10/24/2023_____

HON. HAYWOOD S. GILLIAM JR.
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28